BOWLES *et al. v.* ETHERIDGE, Judge.

ATKINSON, J. "Mandamus will not lie to compel a public officer to do an act not clearly commanded by law, nor is one entitled to the writ unless it be made to appear that he has a clear legal right to have the particular act performed, the doing of which he seeks to have enforced." *Cureton* v. *Wheeler*, 172 *Ga.* 879 (159 S. E. 283). It was not error to refuse a mandamus absolute.

*Judgment affirmed. All the Justices concur.*

No. 8953. MARCH 1, 1933.

*Charles W. Anderson,* for plaintiffs.
*Dorsey & Shelton* and *R. H. Pharr,* for defendant.